Entered: October 15th, 2020
Signed: October 15th, 2020

**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **20–19246 – TJC**    Chapter: **13**

**Iesha K Brewster–Young**
Debtor

## ORDER ON APPLICATION TO PAY IN INSTALLMENTS AND
## DIRECTING DEBTOR TO PAY FILING FEE

In review of the Court's records, it is found that the debtor has previously filed a case and the Court granted an application to pay the filing fee in installments. It is further found that the previous case was dismissed prior to the debtor having completed the payment of the full fee. Accordingly, pursuant to Federal Rule of Bankruptcy Procedure 1006(b)(2);

IT IS ORDERED that the debtor shall pay the filing fee of the above captioned case in full within fourteen (14) days of the date of this order.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

**NOTE:** Pursuant to Local Bankruptcy Rule 1006–1(a), the Clerk will only accept payment from the Debtor in the form of cash, cashier's check, certified check, negotiable money order, or a check drawn on the account of the Debtor's attorney of record. Payments should be made payable to Clerk, U.S. Bankruptcy Court.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Rebecca A. Herr

**End of Order**

23x11 (rev. 12/01/2009) – ecumberland